# EXHIBIT 1

COMMONWEALTH OF KENTUCKY
BOYD CIRCUIT COURT
DIVISION __
CIVIL ACTION NO. _____

JODI M. PERKINS,                                                                    PLAINTIFF,

VS.

DELMAS CONLEY TRUCKING OF OHIO, INC,                                      DEFENDANT,

SERVE: BY KENTUCKY SECRETARY OF STATE TO
SERVICE OF PROCESS AGENT DELMAS CONLEY AT
736 WEIDNER ROAD, WHEELERSBURG, OHIO
45694

## AMENDED COMPLAINT

COMES NOW THE PLAINTIFF, by and through counsel, and for her cause of action herein states as follows:

1. Plaintiff, Jodi M. Perkins, is and was at all times pertinent to this Complaint, a citizen and resident of Lawrence County, Kentucky.

2. Upon information and belief, Defendant, Delmas Conley Trucking of Ohio, Inc., is and was at all times pertinent to this Complaint an authorized foreign company doing business in the State of Kentucky and, pursuant to KRS 304.3-230, may be served with process through the Kentucky Secretary of State. It's Service of Process Agent is Delmas Conley whose address is 736 Weidner Road, Wheelersburg, Ohio 45694.

3. Venue is proper in this Court because the accident in question and the acts and omissions giving rise to Plaintiff's cause of action occurred in Boyd County, Kentucky.

4. This Court has jurisdiction over this matter as the damages caused are in a sum in

1

excess of the minimal jurisdictional amount of this Court

5. That on or about August 6, 2018, Jeffrey Jones was an employee of Defendant, Delmas Conley Trucking of Ohio, Inc..

6. That on or about August 6, 2018, Defendant was the owner of the 2007 International Truck/Tractor/Semi-Trailer which was being operated by its employee, Jeffrey Jones.

7. The vehicle owned by the Defendant and being driven by its employee, Jeffrey Jones, collided into the rear of Plaintiff's vehicle while she was stopped at a traffic light.

8. That Defendant, Delmas Conley Trucking of Ohio, Inc. is vicariously liable for the damages caused by its employees, including Jeffrey Jones, while driving within the scope of employment.

9. Jeffrey Jones was driving said truck within his scope of employment with Defendant, Delmas Conley Trucking of Ohio, Inc. at the time of the collision.

10. Defendant owed a duty to ensure that its motor vehicle was being operated in a safe and prudent manner avoiding collisions with other vehicles including Plaintiff, Jodi M. Perkins.

11. The said collision was the result of negligence on the part of the Defendant's employee.

12. As a result of the aforementioned collision, Plaintiff, Jodi M. Perkins, suffered severe bodily injuries.

13. As a result of her injuries, Plaintiff, Jodi M. Perkins has incurred past, present and future pain and suffering, past, present and future medical expenses, impairment

2

of her ability to earn money, past, present and future lost wages, an increased risk of future mental and physical problems, mental anguish.

**WHEREFORE,** Plaintiff, Jodi M. Perkins, demands judgment against the Defendant for past, present and future pain and suffering, past, present and future medical expenses, past present and future lost wages, an impairment of her ability to earn money, increased risk of future mental and physical problems and mental anguish, in amounts in excess of the minimal jurisdictional amount of this Court, costs and trial by jury.

      Respectfully submitted,
      WILHOIT LAW OFFICE

      */s/ William H. Wilhoit*
      WILLIAM H. WILHOIT
      LAURA JANE PHELPS
      P.O. Box 35
      Grayson, Kentucky 41143
      (606) 474-8833

      *Attorney for Plaintiff*

8544B96B-CC66-4511-9F81-474782BAB8BB : 000004 of 000004

AMC : 000004 of 000004

Filed        20-CI-00402        06/02/2020        Tracey L. Kelley, Boyd Circuit Clerk