# EXHIBIT 5

COMMONWEALTH OF KENTUCKY
BOYD CIRCUIT COURT
CASE NO. 20-CI-00402
DIVISION ONE

*ELECTRONICALLY FILED*

**JODI M. PERKINS** **PLAINTIFF**

vs.

**DELMAS CONLEY TRUCKING OF OHIO, INC.** **DEFENDANTS**

**NOTICE OF FILING OF NOTICE OF REMOVAL**

Please take notice that the Defendant, Delmas Conley Trucking of Ohio, Inc., has on this date filed a Notice of Removal, a copy of which is attached as Exhibit 1, in the Office of the Clerk of the United States District Court for the Eastern District of Kentucky.

Defendant Delmas Conley Trucking of Ohio, Inc. has given written notice of the filing of the Notice of Removal to counsel for Plaintiff by notifying Plaintiff via electronic and U.S. Mail. Pursuant to 28 U.S.C. § 1446(d), the above-styled action is now removed to the United States District Court for the Eastern District of Kentucky, and all further proceedings in this Court are stayed unless and until the case is remanded.

                                              Respectfully submitted,

                                              */s/ Craig M. Schneider*
                                              Judd R. Uhl (89578)
                                              Craig M. Schneider (92345)
                                              LEWIS BRISBOIS BISGAARD & SMITH LLP
                                              2333 Alexandria Drive
                                              Lexington, Kentucky  40504
                                              (859) 663-9830 / (859) 663-9829 (Fax)
                                              judd.uhl@lewisbrisbois.com
                                              craig.schneider@lewisbrisbois.com
                                              *Attorneys for Defendant*
                                              *Delmas Conley Trucking of Ohio, Inc.*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was sent this 26th day of August, 2020 via electronic mail and U.S. Mail, first-class postage prepaid, to:

William H. Wilhoit
Laura Jane Phelps
WILHOIT LAW OFFICE
103 South Hoard Street
Grayson, Kentucky  41143
(606) 268-5393
*Attorneys for Plaintiff*


/s/ Craig M. Schneider
Craig M. Schneider (92345)